LILLIE A. BUCHANAN, Respondent, *v.* JAMES BUCHANAN, Appellant.

(Argued January 13, 1880; decided January 20, 1880.)

*J. D. Kernan* for appellant.

*E. D. Matthews* for respondent.

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.

---

NANCY CORDELL, Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued January 14, 1880; decided January 27, 1880.)

*Matthew Hale* for appellant.

*J. H. Clute* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.